IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONALD A. WILLIAMS,

 Petitioner,

v.

STATE OF FLORIDA,

 Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1305

Opinion filed May 3, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Donald A. Williams, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

 DENIED.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.